# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TONI MARIE LUCCA,** n/k/a **TONI MARIE FIORITO,**
Appellant,

v.

**ANTHONY LUCCA,**
Appellee.

No. 4D16-3110

[January 25, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 2014DR004088XXXXSB.

Toni Marie Fiorito, Delray Beach, pro se, for appellant.

Ralph T. White of Schutz & White, LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***